# ELECTRONIC RECORD

COA # 01-13-00712-CR  OFFENSE: 21.11 (Indecency w/Child)

STYLE: John Elsworth Combest v. The State of Texas  COUNTY: Harris

COA DISPOSITION: AFFIRM  TRIAL COURT: 184th District Court

DATE: 02/26/2015  Publish: NO  TC CASE #: 1221980

# IN THE COURT OF CRIMINAL APPEALS

STYLE: John Elsworth Combest v. The State of Texas  CCA #: 379-15

___APPELLANT'S___ Petition  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

___REFUSED___  JUDGE: _____

DATE: 08/26/2015  SIGNED: _____  PC: _____

JUDGE: Per Curiam  PUBLISH: _____  DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**